382 A.2d 740

**COMMONWEALTH of Pennsylvania**

v.

**Ernest WHEELER, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1978.

Decided Feb. 10, 1978.

David S. Winston, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Dep. Dist. Atty. for Law, Paul S. Diamond, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.

NIX, J., did not participate in the consideration or decision of this case.